UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GAREY E. LINDSAY,
REGIONAL DIRECTOR
OF THE NINTH REGION OF THE
NATIONAL LABOR RELATIONS BOARD,
FOR AND ON BEHALF OF THE
NATIONAL LABOR RELATIONS BOARD

           Petitioner,

    v.                             Civil Action No. 2:16-mc-26
                                   Chief Judge Edmund A. Sargus, Jr.

AP GREEN INDUSTRIES,
INC.,

           Respondent.

## ORDER

On March 28, 2016, Petitioner filed a motion with the Court requesting that this matter be voluntarily dismissed without prejudice. (ECF No. 16.) Upon this motion and for good cause shown, Petitioner's Motion is **GRANTED**.

IT IS HEREBY ORDERED that this Court's Order of March 22, 2016 (ECF No. 15) ordering mediation and a show cause hearing in this matter is vacated as moot.

IT IS SO ORDERED.

3-29-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE